George F. Vietor and others, Respondents, v. Same, Appellants.

Emil Oelberman and others, Respondents, v. Same, Appellants. — Judgments reversed, new trial ordered in each case, costs to abide event. Opinion by Davis, P. J.

In the Matter of Tamar Walker, Appellant, v. Freling H. Smith, as Administrator, etc., Respondent. — Judgment reversed, new trial ordered, costs to abide event. Opinion by Brady, J.

Sarah A. Mason v. Adelaide E. Mason. — Judgment reversed, new trial ordered, costs to abide event. Opinion by Davis, P. J., and Daniels, J.

William O. Cook, Respondent, v. Theodore M. Leonard and another, Appellants. — Judgment reversed, new trial ordered before another referee. Opinion by Daniels, J.

Isabella T. Myers, Appellant, v. The Bank of Portsmouth, Respondent. — Judgment and order affirmed, with costs. Opinions by Daniels, J., and Davis, P. J.

William P. Sherman and another, Appellants, v. Franz Baeder and others, Respondents. — Judgment affirmed, with costs. Opinion by Brady, J., and by Davis, P. J., dissenting.

Benjamin Richardson, Respondent, v. Albert Hirsch and others, Defendants, Patrick Whelan, Appellant. — Judgment affirmed, with costs. Opinion by Brady, J.

William C. Conner and another, Executors, etc., Appellants, v. Martin J. Keese and others, Respondents. — Judgment affirmed. Opinions by Daniels, J., and Davis, P. J., and by Brady, J., dissenting.

Joseph Skibinsky, Respondent, v. The Coney Island and Brooklyn Railroad Company, Appellant. — Judgment affirmed. Opinion by Brady, J.

Joseph Simon v. Marcus Fleischauer. — Judgment affirmed. Opinion by Davis, P. J.

Levi L. Brown and others, Respondents, v. Lewis May, Appellant, Impleaded, etc. — Order reversed, order entered as directed in opinion, costs and disbursements to abide event. Opinion by Daniels, J.

Saffold Berney and another, Appellants, v. Anthony J. Drexel, Respondent. — Order modified as directed in opinion and as modified affirmed, without costs to either party. Opinion by Daniels, J.

Charles A. Zoebisch, Respondent, v. Elizabeth J. Von Minden and another, Appellants. — Judgment reversed, new trial ordered, costs to appellant, to abide event. Opinion by Daniels, J.

The Bowery National Bank of New York, Respondent, v. Katharine Kehoe and another, Appellants. — Judgment affirmed, with costs. Opinion by Davis, P. J.

Jane A. Murray and others, Respondents and Appellants, v. Gardner B. Charlick and others, Respondents and Appellants. — Judgment modified as directed in opinion and affirmed as modified, with costs of the several parties to be paid out of the fund. Opinion by Davis, P. J.

Theodore P. Gilman, Appellant, v. Joseph Byrnes, Respondent. — Order modified as directed in opinion, without costs to either party. Opinion by Davis, P. J.

Same v. Same. — Order vacated without costs, but with leave to institute such proceedings as the Receiver may be advised after refusal or neglect to pay the sum directed by the modified order. Opinion by Davis, P. J.

John C. Stanton, Respondent, v. John Swann and others, Appellants. — Order reversed, with ten dollars costs and disbursements. Opinion by Davis, P. J.

Babetta Lehman, Appellant, v. District No. 1, Independent Order of B'nai B'rith, Respondent. — Judgment affirmed. Opinion by Daniels, J.

Mary Jane Ward, as Executrix, Plaintiff, v. DeWitt C. Ward and others, Defendants. — Judgment affirmed, with costs of all parties out of the fund. Opinion by Brady, J.

William H. Leinkauf, Respondent, v. Emil Calman and another, Appellants. — Judgment affirmed, with costs. Opinion by Davis, P. J.

The People of the State of New York, Respondents, v. Albin Fulda, Appellant. — Judgment reversed, new trial granted. Opinion by Davis, P. J.

The People of the State of New York, Respondent, v. Benjamin J. Hill, Appellant. — Judgment affirmed. Opinion by Brady, J.

Mary M. Boyle, Plaintiff, v. Josiah W. Boyle and others, Defendants. — Order affirmed, without costs Opinion by Davis, P. J.

In the Matter of George W. Bull. — Order affirmed, with costs to be paid out of the fund. Opinion by Brady, J.

Levi S. Brown and others, Respondents, v. Lewis May and others, Appellants. — Order modified as directed in opinion and affirmed as modified, with ten dollars costs and disbursements to abide the event. Opinion by Daniels, J.

In the Matter of Gerry Walker, Appellant, v. Freling H. Smith, Respondent. — Judgment affirmed, without costs. Opinion by Brady, J.

Franklin P. Dudgeon, Plaintiff, v. Thomas H. Smith and others, Defendants. — Order modified as directed in opinion and affirmed as modified, without costs of appeal. Opinion by Daniels, J.

Alfred N. Beadleston, Appellant, v. Mary E. Beadleston, Respondent. — Appeal dismissed, without costs to either party. Opinion by Davis, P. J.

Leonard Lewisohn, Plaintiff, v. Alfred Apple and another, Defendants. — Order affirmed, with ten dollars costs and disbursements. Opinion by Davis, P. J.

M. M. Haantjes, Respondent, v. James H. Mapleson, Appellant. — Judgment and order reversed, new trial ordered, costs to abide event. Opinion by Daniels, J.

Elizabeth Keppler and others, Plaintiffs, v. Rosa Merkel and others, Defendants. — Order affirmed, with ten dollars costs and disbursements. Opinion by Davis, P. J.

Darius M. Bliss, Appellant, v. Hamilton Wall's and others, Respondents. — Judgment affirmed. Opinion by Davis, P. J.

In the Matter of James P. Kernochan. — Decree affirmed. Opinion *Per Curiam*

Henry C. Higginson, Appellant, v. Alice T. Brown, Respondent. — Judgment reversed, new trial ordered, costs to abide event. Opinion by Daniels, J.

John S. Stubbs and another, Respondents, v. Charles L. Guilleaume, Appellant, Impleaded, etc. — Order appointing receiver affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

John S. Stubbs and another, Respondents, v. J. Walter Thompson, Appellant, Impleaded, etc. — Appeal dismissed, without costs. Opinion by Daniels, J.

John S. Stubbs and another, Respondents, v. Charles L. Guilleaume, Appellant, Impleaded, etc. — Order denying motion for separate trials affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

John S. Stubbs and another, Appellants, v. Edward C. Ripley and others, Respondents. — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

Albertus P. H. Hotz and another, Plaintiffs, v. Thomas O. Hague, Defendant. — Judgment ordered for plaintiffs. Opinions by Brady and Daniels, JJ., and by Davis, P. J., dissenting.